// ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATT BRODY, individually, and JAY and BESS RAKOW, as Trustees of the Rakow Family Trust, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STB SYSTEMS, INC., WILLIAM E. OGLE, RANDALL D. EISENBACH, JAMES L. HOPKINS, J. SHANE LONG, JAMES J. BYRNE, DENNIS G. SABO, LAWRENCE E. WESNESKI, and HOAK BREEDLOVE WESNESKI & CO., CIBC OPPENHEIMER CORP. and HAMBRECHT & QUIST, Individually and as Defendant Class Representatives,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § | CASE NO. **3-00CV-713-T** |



U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 4 2000
NANCY DOHERTY, CLERK
By _____ Deputy

### DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants STB Systems, Inc., William E. Ogle, Randall D. Eisenbach, James J. Byrne, Dennis G. Sabo, Lawrence E. Wesneski and Hoak Breedlove Wesneski & Co., CIBC Oppenheimer Corp., and Hambrecht & Quist (collectively "Defendants") hereby remove to this Court the state action described below:

1. On October 9, 1998 plaintiff Matt Brody ("Brody") filed an Original Petition against Defendants in the Dallas County Court at Law No. 1, asserting claims under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933, as well as under Arts. 581-33A (primary securities fraud liability), 581-33F(1) (control person liability) and 581-33F(2) (aider and abettor liability) of the Texas

Securities Act. A copy of plaintiff Brody's Original Petition is attached to the Appendix of State Court Pleadings ("Appendix"), Exh. A.

2. On March 14, 2000, plaintiffs Bess and Jay Rakow (collectively, the "Rakows") intervened in the action by filing Plaintiffs' Third Amended Petition. A copy of the Third Amended Petition is attached to the Appendix of State Court Pleadings ("Appendix"), Exh. 42. In the Third Amended Petition, the Rakows purportedly assert (for the first time) class action claims against Defendants, in place and instead of Matt Brody. Defendants first received a copy of the Third Amended Petition on March 15, 2000.

3. The Third Amended Petition filed by the Rakows on March 14, 2000 (and received by Defendants on March 15, 2000) is the first pleading in the action asserting claims which are removable to federal court.

4. The action is a civil action as to which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed by Defendants to this Court under the provisions of 28 U.S.C. §1441(b), in that it is a "covered class action" involving a "covered security" under the Securities Litigation Uniform Standards Act of 1998 ("SLUSA"). SLUSA vests federal courts with exclusive jurisdiction, and provides that federal claims be the exclusive claims for private shareholder class actions involving allegations of, "(A) a misrepresentation or omission of a material fact in connection with the purchase or sale of a covered security; or (B) that the defendant used or employed any manipulative or deceptive device or contrivance in connection with the purchase or sale of a covered security." 15 U.S.C. § 77p(b); 15 U.S.C. § 78bb(f). The SLUSA further provides that any such class action brought in State court "shall be removable to the Federal district court for the district in which the action is pending. . ." 15 U.S.C. § 77p(c); 15 U.S.C. § 78bb(f)(2).

SFRLIB1\KPM\
5347926 01
(36MH$01! DOC)

5. This Notice of Removal is timely and proper because all defendants have jointly filed the notice within thirty days after receiving the Third Amended Petition. Venue is proper in this district under 28 U.S.C. §1441(a) and 15 U.S.C. §§ 77p(c) and 78bb(f)(2) because Dallas County Court at Law No. 1, the court where this action was pending, is within this district and division. Defendants have fulfilled their duties under 28 U.S.C. §1446 by submitting copies of all the pleadings in the Texas State action in Defendants' Appendix of State Court Pleadings, and have filed a copy of this Notice of Removal with the clerk of the Dallas County Court. Attached to the Notice of Removal is a copy of the docket sheet from the state court action.

DATED: April 4th, 2000

Respectfully submitted,

Edward S. Koppman
State Bar No. 11681000
Eric B. Bradley
State Bar No. 24001778
AKIN, GUMP, STRAUSS, HAUER
& FELD, L.L.P
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4618
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

ATTORNEYS FOR DEFENDANTS
HOAK BREEDLOVE WESNESKI
& CO., CIBC OPPENHEIMER CORP.
AND HAMBRECHT & QUIST

Paul R. Bessette  /with permission Eric B. Bradley
Attorney-in-Charge
State Bar No. 02263050
Michael J. Biles
State Bar No. 24008578
BROBECK, PHLEGER & HARRISON LLP
111 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone: (512) 477-5495
Facsimile: (512) 477-5813

Kevin P. Muck
California State Bar No. 120918
Raymond M. Hasu
California State Bar No. 200058
BROBECK, PHLEGER & HARRISON LLP
Spear Street Tower, One Market
San Francisco, CA 94105
Telephone: (415) 442-0900
Facsimile: (415) 442-1010

SFRLIB1\KPM\
5347926 01
(36MH$01! DOC)

Stewart H. Thomas
State Bar No. 19868950
Beckham & Thomas
2626 Cole Avenue, Suite 950
Dallas, Texas 75209
Telephone: (214) 965-9300
Facsimile: (214) 965-9301

ATTORNEYS FOR DEFENDANTS
STB SYSTEMS, INC., WILLIAM E. OGLE,
RANDALL D. EISENBACH, JAMES L.
HOPKINS, J. SHANE LONG, JAMES J.
BYRNE, DENNIS G. SABO and LAWRENCE E.
WESNESKI

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) was served on this the ___ day of April, 2000, upon the following parties:

Marc R. Stanley (via U.S. Mail)
Roger L. Mandel
Stanley, Mandel & Iola, L.L.P.
3100 Monticello Avenue
Suite 750
Dallas, Texas 75205

Lesley E Weaver (via U.S. Mail)
Milberg Weiss Bershad Hynes
  & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Steven J. Toll (via U.S. Mail)
999 Third Avenue
Suite 3600
Seattle, WA 98104

Paul J. Geller (via U.S. Mail)
Shephard & Geller, LLC
7200 W. Camino Real
Suite 203
Boca Raton, FL 33433

William S. Lerach (via Federal Express)
Helen J. Hodges
Thomas E. Egler
Milberg Weiss Bershad Hynes & Lerach LLP
600 West Broadway, Suite 1800
San Diego, CA 92101

Leigh Lasky (via U.S. Mail)
Lasky & Rifkind, LTD
11 South LaSalle Street,
Suite 1600
Chicago, IL 60603

Alfred G. Yates, Jr. (via U.S. Mail)
Law Offices of Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburg, PA 15219

_Michael J. Biles_ / with permission
Michael J. Biles

SFRLIB1\KPM\
5347926 01
(36MH$01! DOC)